UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:20-cv-00271-CEM-DCI

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

BARRACUDA STATIONS LLC, and
SPEEDWAY LLC d/b/a SPEEDWAY #6426,

    Defendants.
_____/

## **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, without prejudice, of this action, against Defendants, BARRACUDA STATIONS, LLC, and SPEEDWAY LLC d/b/a SPEEDWAY #6426.

Respectfully submitted this 11th day of April 2020.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of April 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

    By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, P.A.
1224 S. Peninsula Drive #619
Daytona Beach, Florida  32118
Tel: (386) 212-3591
E-mail: JMQuickesq@gmail.com