UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

      **Plaintiff,**

v.    Case No: 6:20-cv-271-Orl-41DCI

**BARRACUDA STATIONS LLC and
SPEEDWAY LLC,**

      **Defendants.**

                                                /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal without Prejudice (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record